# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33 - Briefing**

September 12, 2023

*By the Court*:

| | |
|---|---|
| No. 23-2731 | REENA REYNOLDS and SHALINI SHARMA, Plaintiffs - Appellants<br><br>v.<br><br>SKYLINE REAL ESTATE LIMITED, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01241<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis ||

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The brief and required short appendix of the appellant(s) will be due by October 26, 2023.

2. The brief of the appellee(s) will be due by November 27, 2023.

3. The reply brief of the appellant(s), if any, will be due by December 18, 2023.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**     (form ID: **193**)